ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                           )
                                                      )
Leidos, Inc.                                          )   ASBCA No.      62260
                                                      )
Under Contract No.   W911QX-16-C-0012 *et al.*   )

APPEARANCES FOR THE APPELLANT:          Karen L. Manos, Esq.
                                        Erin N. Rankin, Esq.
                                          Gibson, Dunn & Crutcher LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Arthur M. Taylor, Esq.
                                          DCMA Chief Trial Attorney
                                        Amelia R. Lister-Sobotkin, Esq.
                                        Samuel W. Morris, Esq.
                                          Trial Attorneys
                                          Defense Contract Management Agency
                                          Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice, subject to reinstatement only in the event the settlement is not consummated.  Any request to reinstate the appeal must be filed within 180 days of the date of this order.

Dated:  August 12, 2020

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62260, Appeal of Leidos, Inc., rendered in conformance with the Board's Charter.

Dated: August 12, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals